IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00571-ZLW-KLM

LARRY ALLEN THOMPSON,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility; and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: August 9, 2010

    It is ORDERED that Applicant's Motion For Leave To File Applicant's Response To Respondent's "Answer" In Excess Of 35 Pages (Doc. No. 29) is granted. It is

    FURTHER ORDERED that Applicant's "Brief In Support Of Applicant's Response" (Doc. No. 30), which the Court treats as a reply to Respondents' Answer, is accepted for filing.