IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00571-ZLW-KLM

LARRY ALLEN THOMPSON,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility; and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: February 15, 2011

    The Court has received Applicant's Petition For A Status Report (Doc. No. 35). Petitioner is informed that the state court record was submitted to this Court on September 1, 2010, and Applicant's case currently is under submission. Applicant is not required to take any further action at this time.